**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 490 MAL 2016
                                         :

           Respondent       :

                                         :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court

          v.                 :

                                         :

LESLEY A. SCOTT,             :

                                       :

           Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.